TRINETTE G. KENT (State Bar No. 222020)
3219 East Camelback Road, #588
Phoenix, AZ 85018
Telephone: (480) 247-9644
Facsimile: (480) 717-4781
E-mail: tkent@lemberglaw.com

Of Counsel to
Lemberg Law, LLC
A Connecticut Law Firm
43 Danbury Road
Wilton, CT 06897
Telephone: (203) 653-2250
Facsimile: (203) 653-3424

Attorneys for Plaintiff,
Sherry Halter

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALFIORNIA

| | |
|---|---|
| Sherry Halter,<br><br>    Plaintiff,<br><br> vs.<br><br>D. Scott Carruthers, A Professional Law Corporation,<br><br>    Defendant. | Case No.: 5:17-cv-01395-EJD<br><br>**[PROPOSED] ORDER** |

Based on Plaintiff's Motion for Extension of Dismissal Filing Deadline, and for good cause shown, Plaintiff shall have until and including August 18, 2017, in which to file dismissal documents.

Date: July 5, 2017

Judge: Hon. Edward J. Davila