UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Sherry Halter,<br><br>        Plaintiff,<br><br>    vs.<br><br>D. Scott Carruthers, A Professional Law Corporation,<br><br>        Defendant. | Case No.: 5:17-cv-01395-EJD<br><br>**[PROPOSED] ORDER** |

Based on the Stipulation of counsel, the case is dismissed with prejudice, each party to bear its own attorney fees and costs.

Date: August 18, 2017

_____

Judge: Hon. Edward J. Davila